UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

MCKENZIE SPORTS PRODUCTS, LLC,

        Plaintiff,

v.

DAN RINEHART'S TAXIDERMY ARTS
SUPPLY COMPANY, DANIEL
RINEHART AND DOES 1-5,
INCLUSIVE,

        Defendants.

Civil Action No. 3:14-cv-00809-wmc

Honorable William M. Conley

## ORDER FOR DISMISSAL

**IT IS ORDERED THAT**, pursuant to the parties' stipulation for dismissal and Rule 41(a) of the Federal Rules of Civil Procedure, this matter be and the same is hereby **DISMISSED with prejudice** and without costs or attorneys' fees to either party and that any dispute arising under or in accordance with this Order or the Settlement Agreement shall be brought in the United States District Court, for the Western District of Wisconsin, and this Court retains jurisdiction for the purpose of interpreting or enforcing this Order and the Settlement Agreement, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**SO ORDERED.**

Dated: 12/22/14

BY THE COURT:

_____
Honorable William M. Conley
U.S. District Judge